## (June 29, 1942.)

MICHELINA CALANDRA and Another, Respondents, v. GEORGE H. FLINN CORP., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, OF LONDON, ENGLAND, Appellant, v. SHELL TRANSPORTATION CORPORATION, Respondent.— Motion referred to the court that rendered the decision. [See 263 App. Div. 681.] Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ. Motion for reargument granted, and upon reargument the order and judgment are unanimously affirmed, with ten dollars costs and disbursements. (U. S. Casualty Co. v. North American Brewing Co., 253 App. Div. 576; affd., 279 N. Y. 762.) No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

MOLLIE GOLDBERG and Another, Appellants, v. CHARLES H. KOEPPEL and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of Proving the Last Will and Testament of MARVIN DUGRO BUTTLES, Deceased, as a Will of Real and Personal Property. In the Matter of the Petition of MARVIN DUGRO BUTTLES, JR., and CENTRAL HANOVER BANK AND TRUST COMPANY, as the Executors of and Trustees under the Instrument Dated April 14, 1939, Purporting to Be the Last Will and Testament of MARVIN DUGRO BUTTLES, Deceased, for Leave to Compromise a Controversy between the Legatees and Devisees under Said Instrument and the Distributees of the Intestate Property of Said Decedent, and for the Approval of a Written Agreement of Compromise Thereof Dated July 29, 1940, and Agreement Supplemental Thereto Dated August 14, 1940, under Section 19 of the Decedent Estate Law. NANA HENRIETTA BUTTLES and JOHN C. GIBBONS, Appellants; MARVIN DUGRO BUTTLES, JR., and CENTRAL HANOVER BANK AND TRUST COMPANY, Named as Executors, Trustees, etc., of MARVIN DUGRO BUTTLES, Deceased, Petitioners, Respondents; PAUL VINCENT BUTTLES and Others, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of JOSEPH PHILIP CAREY for Admission to Practice as an Attorney and Counselor at Law. (From the State of Massachusetts.) — Application granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.